■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v NORA RICKETT, Appellant. [714 NYS2d 690] —Appeal by the defendant from a judgment of the County Court, Orange County

(Berry, J.), rendered May 31, 1997, convicting her of burglary in the second degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

Viewing the evidence in the light most favorable to the prosecution (*see, People v Contes,* 60 NY2d 620), we find that it was legally sufficient to establish the elements of burglary in the second degree beyond a reasonable doubt (*see,* Penal Law § 140.25; *see also, People v Konikov,* 160 AD2d 146, 149).

The sentence imposed was not excessive (*see, People v Suitte,* 90 AD2d 80). Santucci, J. P., Thompson, Sullivan and Goldstein, JJ., concur.